In re MARRIAGE OF Kathleen Joanne GRUZESKI, Petitioner-Appellant,

and

Thomas Lee Gruzeski, Respondent-Respondent.

No. 44914.

Missouri Court of Appeals, Eastern District, Division Four.

Feb. 22, 1983.

Samuel W. Panos, St. Louis, Michael Gans, Steinberg & Crotzer, Clayton, for petitioner-appellant.

Robert Wiegert, Chesterfield, for respondent-respondent.

ORDER

PER CURIAM:

Judgment of the trial court is affirmed. Rule 84.16(b).